# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Virginia Preston, Frederick J. Preston,

        Plaintiffs,               Civil No. 07-4841 (RHK/AJB)

vs.                     **DISQUALIFICATION AND**
                        **ORDER FOR REASSIGNMENT**

Wyeth Pharmaceuticals, Inc., Wyeth
Laboratories, Inc., Wyeth-Ayerst
Pharmaceuticals, Inc., Wyeth Pharmaceuticals,
Wyeth Ayerst International, Inc., Wyeth,
Inc., Pfizer, Inc., Pharmacia & Upjohn, Inc.,
a/k/a Pharmacia & Upjohn Company ,
Greenstone Ltd.,

        Defendants.

        The above-entitled matter has been assigned to the undersigned, a Judge of
the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned
recuses himself from hearing this matter.  Accordingly,

        **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of
Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted
to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card
in the Master Deck for the undersigned.

        **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in
the above-captioned case.

Dated:  December 14, 2007

                    s/Richard H. Kyle
                    RICHARD H. KYLE
                    United States District Judge

Dockets.Justia.com